2010R00328

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Dickinson R. Debevoise
Criminal No. 10-576
v. :

ROLAND ASEMOTA : ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 10-576, against defendant Roland Asemota, charging the defendant with health care fraud in violation of Title 18, United States Code, Section 1347, and making false claims to a federal health care program, in violation of Title 18, United States Code, Section 1035, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. DICKINSON R. DEBEVOISE
United States District Judge

Dated: April 17, 2012.